Maria Angelica Ortiz **RIOS, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 07–70535.**

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.\*

Filed April 29, 2008.

Maria Angelica Ortiz Rios, pro se.

CAC–District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Kathryn L. DeAngelis, Aram A. Gavoor, Kurt B. Larson, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

## MEMORANDUM \*\*

Maria Angelica Ortiz Rios, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Review's denial of her motion to reconsider its denial of her underlying application for cancellation of removal, based on petitioner's failure to establish extreme hardship to

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

her qualifying United States citizen daughter.

Petitioner failed to file a timely petition for review of the underlying order of removal, and we, therefore, consider only the BIA's denial of the motion to reconsider. Petitioner contends that the immigration judge and BIA erred in finding that she failed to establish extreme hardship, but she fails to raise any challenge with respect to the BIA's denial of her motion to reconsider. Petitioner, therefore, has waived any challenge to the BIA's order denying reconsideration. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.